TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
AMANDA B. ELBOGEN (Cal. Bar No. 332505)
Assistant United States Attorney
National Security Division
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5748
    Facsimile: (213) 894-1441
    E-mail:    amanda.elbogen@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**F I L E D**
CLERK, U.S. DISTRICT COURT

5/11/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____lca_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>        v.<br><br>EILEEN WANG,<br><br>      Defendant. | No. CR 26-186-WLH<br><br>GOVERNMENT'S *EX PARTE* APPLICATION TO UNSEAL CASE; DECLARATION OF AMANDA B. ELBOGEN |

    Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Amanda B. Elbogen, hereby files its Ex Parte Application to Unseal this Case.

\\

\\

\\

This Ex Parte Application to Unseal the Case is based upon the attached declaration of Amanda B. Elbogen.

Dated: May 8, 2026                    Respectfully submitted,

                                      TODD BLANCHE
                                      Acting Attorney General

                                      BILAL A. ESSAYLI
                                      First Assistant United States
                                      Attorney

                                      IAN V. YANNIELLO
                                      Assistant United States Attorney
                                      Chief, National Security Division

                                       /s/
                                      AMANDA B. ELBOGEN
                                      Assistant United States Attorney

                                      Attorneys for the Plaintiff
                                      UNITED STATES OF AMERICA

2

**DECLARATION OF AMANDA B. ELBOGEN**

I, Amanda B. Elbogen, declare as follows:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in this case.

2.    I am filing this application to unseal the case. Specifically, the government seeks an order that would have the case automatically unsealed on May 11, 2026 at 9:00 a.m.

3.    On April 1, 2026, the government filed the defendant's plea to an information, with an application to seal the plea and associated documents.  The case was assigned number, 2:26-cr-186-WLH, and the Court ordered the case sealed.

4.    The defendant is prepared to make her initial appearance on Monday, May 11, 2026.  The concerns motivating the prior sealing request and order, as outlined in the government's prior ex parte application for the sealing order, are now moot.

5.    Please note that this request to unseal the case does not include any documents filed separately under seal, namely, the documents filed separately under seal on April 15, 2026 (and docketed on April 16, 2026).  The parties wish those documents to remain under seal.

6.    On May 8, 2026, government counsel has conferred with defense counsel regarding this request.  Defense counsel stated they have no objection to the request.

\\

\\

3

7.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on May 8, 2026.

*/s/ Amanda Elbogen*

AMANDA B. ELBOGEN