UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 951: Acting in the United States as an Illegal Agent of a Foreign Government] |
| EILEEN WANG, | |
| Defendant. | |

The First Assistant United States Attorney charges:

[18 U.S.C. § 951]

Beginning on an unknown date, but no later than in or around 2020, and continuing until at least on or about December 2022, in Los Angeles County, within the Central District of California, defendant Eileen WANG knowingly acted in the United States as an agent of a foreign government, to wit, the People's Republic of China, and

//

//

//

officials of that government, without prior notification to the Attorney General of the United States, as required by law.

                                    TODD BLANCHE
                                    Acting Attorney General

                                    BILAL A. ESSAYLI
                                    First Assistant United States Attorney


                                    IAN V. YANNIELLO
                                    Assistant United States Attorney
                                    Chief, National Security Division

                                    AMANDA B. ELBOGEN
                                    Assistant United States Attorney
                                    National Security Division