## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - CHANGE OF PLEA

| Case No.: | 2:26-cr-00186-WLH | | Date: | May 29, 2026 |
|---|---|---|---|---|

Present: The Honorable    **WESLEY L. HSU, UNITED STATES DISTRICT JUDGE**

Interpreter    Sarah Sun (Mandarin Chinese)

| Lesbith Castillo | CourtSmart | Amanda B. Elbogen |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Eileen Wang | X | | X | Jason L. Liang | X | | X |
| | | | | Brian A. Sun | X | | X |
| | | | | Abigail Urquhart | X | | X |

**Proceedings:**    CHANGE OF PLEA (Held and Completed)

X    Defendant moves to change her plea to an Information.

X    Defendant is sworn.

X    Defendant states true name as Eileen Li Wang.

X    Defendant enters a new and different plea of GUILTY to the single-count Information.

X    The Court advises the defendant of his Constitutional rights and questions the defendant regarding the plea of GUILTY. The Court finds there is an independent factual basis for the plea and further finds the plea is made freely, intelligently and voluntarily, and with a full understanding of the nature of the charges, the consequences of the plea and of defendant's Constitutional rights. The Court accepts the plea and orders that the plea be entered.

X    The Court orders this matter referred to the United States Probation Office for a presentence investigation and preparation of a presentence report and the matter is continued to **October 6, 2026, at 9:00 a.m.** for sentencing. The report is to be disclosed to the defendant thirty-five (35) days prior to sentencing unless the minimum period is waived. Counsel shall contact the clerk if counsel do not intend to file sentencing position papers.

X    The Court vacates the pretrial conference and jury trial date as for this defendant only.

X    Defendant is ordered to appear on 10/6/2026, 9:00 a.m. without any further notice or order.

X    The Court, with the concurrence of the Government, allows the defendant to remain on bond and advises of the consequences of a violation of terms and conditions or a failure to appear.

|  | 00 | : | 39 |
|---|---|---|---|
| Initials of Deputy Clerk | | lca | |